UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAY L. SCRUGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>A.W. PETTERSON, et al.,<br><br>    Defendants. | No.  2:19-cv-0032 AC P<br><br><br>ORDER |

Plaintiff, a civilly committed detainee[1] proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. He has not, however, filed an in forma pauperis application or paid the required filing fee of $350.00 plus the $50.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate application in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

---

[1]  Although plaintiff appears to be in the custody of the California Department of Corrections, he asserts that he is a civil commitment detainee. ECF No. 1 at 4.

1

2. The Clerk of the Court is directed to send plaintiff a new, non-prisoner Application to Proceed In Forma Pauperis.

DATED: February 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE